UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO. 8:92-cr-52-T-23EAJ

DONALD EDWARD CUMMINS, JR.
_____/

**ORDER**

At the probation revocation hearing on July 25, 2006, Assistant Federal Public Defender Laurel Moore represented the defendant and Assistant United States Attorney Patricia Kerwin represented the United States.[1]

The defendant pled guilty to the four violations contained in the petition of the United States Probation Office for the Central District of California attached to Judge Harry Hupp's bench warrant issued December 3, 1992.[2] Based on the defendant's admission, he is adjudicated **GUILTY** of those charges.

The defendant is also here on charges described in the United States Probation Office's April 6, 2001, petition for revocation of the defendant's probation (Doc. 4), which charges arise from certain bank robberies for which the defendant has been tried, convicted, and sentenced and for which he served a term of imprisonment in the state

---

[1] The defendant pled guilty to an indictment filed in the Central District of California and on October 26, 1987, was sentenced to four years of imprisonment and five years of probation.

[2] That warrant was issued pursuant to the November 14, 1991, request of the United States Probation Office for the Middle District of Florida while the defendant resided in the Middle District of Florida.

of Florida.  The defendant lodges legal objections to the inclusion of these alleged violations.  The objections are sustained.

Accordingly, the court adjudges the defendant guilty of violating the terms of his probation.  The defendant's term of probation is **REVOKED**.  The defendant is sentenced to **TIME SERVED** with no supervised release to follow.

ORDERED in Tampa, Florida, on July 25, 2006.

*[signature]*
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:   United States Marshal
      United States Probation
      Counsel of Record